In the Matter of the Appraisal under the Transfer Tax Law of the Estate of CHRISTOPHER WOLFE, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; GRENVILLE KANE et al., Individually and as Executors, Respondents.

*Matter of Wolfe*, 89 App. Div. 349, affirmed.
(Argued November 14, 1904; decided November 29, 1904.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 30, 1903, which reversed a decree of the Orange County Surrogate's Court assessing a transfer tax upon a certain legacy bequeathed by the will of Christopher Wolfe, deceased.

*Henry W. Wiggins* for appellant.

*William Edmond Curtis* for respondents.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.